### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,** | |
| **vs.** | **CASE NO. 2:25-cr-164(2–3)** |
| **AMANDRA HEFFELFINGER (2)** | **JUDGE EDMUND A. SARGUS, JR.** |
| **JENNIFER BLAKE (3)**<br>**Defendants.** | |

## SUPPLEMENTAL BRIEFING REGARDING GOVERNMENT MOTION FOR REVIEW AND REVOCATION OF RELEASE ORDER

On October 6, 2025, the government filed an anticipatory motion for a review and revocation of the release order regarding the above-captioned defendants. (Doc. #: 11.) In its motion, the government noted the possibility that a stay might not be granted in Oregon to allow the government seek review of the release order in Oregon. The detention hearing has now taken place, and the government files this supplement to update the Court.

At the detention hearings regarding Ms. Heffelfinger and Ms. Blake, the Magistrate Judge ordered both defendants to be released. (*See* Case No. 6:25-mj-286 (District of Oregon).) In doing so, the Magistrate Judge stayed the release order 24 hours to allow the government in Ohio to seek a further stay and review of the release order in the District of charging.

1

Therefore, the government renews its prior filed motion (Doc. #: 11), and seeks a review and revocation of the release order in Oregon, and, in the meantime, a stay of the release order in Oregon pending outcome of the issue of detention at a hearing to be set in the Southern District of Ohio.

Respectfully submitted,

DOMINIC S. GERACE II
United States Attorney

s/ S. Courter Shimeall
S. COURTER SHIMEALL (0090514)
Assistant United States Attorneys
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
E-mail: Courter.Shimeall@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this 7th day of October, 2025,

electronically upon all counsel of record, via the Court's electronic filing system.

s/S. Courter Shimeall
S. COURTER SHIMEALL (0090514)
Assistant United States Attorney