





/2



13







































121





⑪ 10 zelda ⑨ (Drisser)
20 ativan

⑫ 45 valium
10 Ativan Ⓟ (Bakr)
25 DP

⑬ OZ coke (sm) (Rodriguez)

⑭ 2 Fama btl (sm) (Street)

⑮ OZ SHAT
DMT VAPE (sm) (Halbuib)
3 g purple

123





⑯ 30 valium
50 amphet
20 ambien (5m)
Fema btl (Smith)
50 DP

⑰ 10 ambien
5g kets (P) (Steve)

⑱ 2 oz coke (Janson)
(5m)

⑲ 100 amphet
25 Kpins (P) (Killpack)

125





Kpins = 760

Carisoprodal = 815

tapentadol = 310

Farma = 8

GBL = 14

Diazepam/val. = 1503 - 50

Zolpidem/amb. = 989

Viagra = 100

ModaFresh = 250

1mg Alprazolam = 975

Lorazepam/Ativ = 130 - 10

Naloxone Bup. patch = 2

Pregabalin = 360

124





*/30*





192





