**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**Case Number 2:25-cr-164(2)**
**Judge Edmund A. Sargus, Jr.**

**AMANDRA HEFFELFINGER,**
**Defendant.**

# Sentencing
# Thursday, August 13, 2026
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Jennifer Rausch
For Defendant: Phillip Templeton
Court Reporter: Shawna Evans
Courtroom Deputy: Christin Werner

The defendant is sentenced as follows:
19 months imprisonment minus time served.
5 years supervised release.
$100 special assessment.
Counts 2-5 are dismissed.