**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cr-00164(2)** |
| | : | |
| | : | **JUDGE EDMUND A. SARGUS, JR.** |
| **v.** | : | |
| | : | |
| **AMANDRA HEFFELFINGER,** | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT ORDER OF FORFEITURE

Upon the Court's review of the evidence in the record, including the Plea Agreement, the Court HEREBY FINDS THAT:

On October 2, 2025, a grand jury in the Southern District of Ohio returned a five-count Indictment charging defendant Amandra Heffelfinger in Count 1 with Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846. (Doc. 6.)

The forfeiture allegation in the Indictment and the Bill of Particulars provided notice to the defendant that the United States would seek the forfeiture, pursuant to 21 U.S.C. § 853(a), of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation charged in Count 1 of the Indictment, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation. (*Id.*; Doc. 36.) The United States has identified the following property for forfeiture (the "subject property"):

Property seized on October 6, 2025, from Amandra Heffelfinger:

a. 43.320451262809 Monero XMR; and

b. 0.02847709 Bitcoin (BTC).

The defendant entered into a Plea Agreement with the United States in which the defendant agreed to plead guilty to Count 1 of the Indictment and agreed to the immediate forfeiture, pursuant to 21 U.S.C. § 853(a), of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation charged in Count 1 of the Indictment, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation. (Doc. 46.) The defendant pled guilty to Count 1 of the Indictment on April 9, 2026. (Doc. 56.)

The subject property is forfeitable, pursuant to 21 U.S.C. § 853(a), as proceeds of the violation charged in Count 1 of the Indictment and/or property that facilitated such violation. The defendant had an interest in the subject property.

The United States has established the requisite nexus between the subject property and the offense to which the defendant has pled guilty.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the subject property is condemned and forfeited to the United States pursuant to 21 U.S.C. § 853(a).

2. The United States is authorized to seize the subject property, pursuant to 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2(b)(3), whether held by the defendant or a third party; conduct any discovery for identifying, locating, or disposing of the property; and to commence proceedings that comply with any statutes governing third party rights.

3. In accordance with the direction provided by the Attorney General and Fed. R. Crim. P. 32.2(b)(6), the United States shall publish notice of this Order and send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in

the ancillary proceeding. Publication must take place as described in Supplemental Rule G(4)(a)(iii) of the Federal Rules of Civil Procedure and may be by any means described in Supplemental Rule G(4)(a)(iv). Publication is unnecessary if any exception in Supplemental Rule G(4)(a)(i) applies.

4. The notice must describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition. The notice may be sent in accordance with Supplemental Rules G(4)(b)(iii)-(v).

5. Pursuant to 21 U.S.C. § 853(n)(2), any person, other than the defendant, asserting a legal interest in the subject property, who wishes to contest the forfeiture of the property must, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier, file a petition in the United States District Court for the Southern District of Ohio for a hearing to adjudicate the validity of the alleged legal interest in the subject property.

6. Any petition filed by a third party shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property; the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property; any additional facts supporting the petitioner's claim; and the relief sought.

7. The United States shall have clear title to the subject property following the Court's disposition of all third party interests, or if no third party petitions are timely filed, following the expiration of the period provided by statute for the filing of third party petitions.

8. This Consent Order of Forfeiture is final as to the defendant and shall be made part of the sentence and included in the judgment. This Order remains preliminary as to third parties until the ancillary proceeding is concluded.

**IT IS SO ORDERED.**

Dated: 8-13-2026

HONORABLE EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

Defendant Amandra Heffelfinger agrees that the subject property is forfeitable to the United States, pursuant to 21 U.S.C. § 853(a), as proceeds of the violation charged in Count 1 of the Indictment and/or property that facilitated such violation. By signing this Consent Order of Forfeiture, the defendant acknowledges that she has read and understands this Order and consents to the entry of this Order, which forfeits all her right, title, and interest in the subject property to the United States. The defendant consents to the United States converting any Monero XMR seized from her to Bitcoin (BTC).

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

Dated: 8/13/26

JENNIFER M. RAUSCH (0075138)
Assistant United States Attorney
Attorney for Plaintiff

Dated: 8/13/2026

AMANDRA HEFFELFINGER
Defendant

Dated: 8/13/26

PHILLIP A. TEMPLETON (0059741)
Attorney for the Defendant